**Exhibit D**

**Infringement of Claim 1 of U.S. Patent Number 7,088,854 by DeepRadiology**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising: <br><br> a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: |  <br><br> https://www.deepradiology.com/#solutions-1-section <br><br> Deep radiology imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit D**

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; | 

https://www.deepradiology.com/#solutions-1-section

The Infringing Product takes an image. |

**Exhibit D**

| | |
|---|---|
| | DeepRadiology has a range of <u>customized solutions</u> applying the latest imaging analytic deep learning algorithm capability for all imaging modalities to optimize your facility service needs.<br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm.<br><br><br><br>In addition to deep domain expertise in radiology, DeepRadiology employs the <u>state of the art</u> in artificial intelligence, particularly <u>deep learning</u>, with massive medical data sets to create amazing and revolutionary services that will transform healthcare.<br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and | |

**Exhibit D**

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. |  In addition to deep domain expertise in radiology, DeepRadiology employs the state of the art in artificial intelligence, particularly deep learning, with massive medical data sets to create amazing and revolutionary services that will transform healthcare. https://www.deepradiology.com/#solutions-1-section The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement. |