**Exhibit E**

Infringement of Claim 1 of U.S. Patent Number 7,254,266 by DeepRadiology

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | *DeepRadiology — ARTIFICIAL INTELLIGENCE TO REVOLUTIONIZE MEDICAL IMAGING™ — Top 10 Winner of 2018 RSNA International Medical Artificial Intelligence Challenge* <br><br> https://www.deepradiology.com/#solutions-1-section <br><br> Deep radiology imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit E**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | DeepRadiology has a range of <u>customized solutions</u> applying the latest imaging analytic deep learning algorithm capability for all imaging modalities to optimize your facility service needs.<br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm.<br><br><br><br>In addition to deep domain expertise in radiology, DeepRadiology employs the <u>state of the art</u> in artificial intelligence, particularly <u>deep learning</u>, with massive medical data sets to create amazing and revolutionary services that will transform healthcare.<br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit E**

| | |
|---|---|
| storing said evolving algorithm as a product algorithm; providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. |   https://www.deepradiology.com/#solutions-1-section  The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement. |

Page **4** of **4**