**Exhibit F**

**Infringement of Claim 1 of U.S. Patent Number 8,687,879 by DeepRadiology**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A non-transitory computer program product for automating the expert quantification of image data comprising: a computer-readable medium encoded with computer readable instructions executable by one or more computer processors to quantify image sets comprising a locked evolving algorithm, wherein said locked evolving algorithm is generated by: | <br><br>https://www.deepradiology.com/#solutions-1-section<br><br>Deep radiology imaging technology ("Infringing Product") is a computer program product for generating image analysis. |

**Exhibit F**

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | DeepRadiology has a range of <u>customized solutions</u> applying the latest imaging analytic deep learning algorithm capability for all imaging modalities to optimize your facility service needs.<br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm.<br><br><br><br>In addition to deep domain expertise in radiology, DeepRadiology employs the <u>state of the art</u> in artificial intelligence, particularly <u>deep learning</u>, with massive medical data sets to create amazing and revolutionary services that will transform healthcare.<br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit F**

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback; | <br>**TECHNOLOGY**<br><br>In addition to deep domain expertise in radiology, DeepRadiology employs the state of the art in artificial intelligence, particularly deep learning, with massive medical data sets to create amazing and revolutionary services that will transform healthcare.<br><br>https://www.deepradiology.com/#solutions-1-section<br><br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

**Exhibit F**

| | |
|---|---|
| presenting a second set of said at least one entity to said user for feedback as to the accuracy of said second set of identified entities; obtaining approval from said user about said second set of entities; storing said evolving algorithm as a product algorithm; and storing said product algorithm for subsequent usage on said image set. |  **TECHNOLOGY** <br><br> In addition to deep domain expertise in radiology, DeepRadiology employs the state of the art in artificial intelligence, particularly deep learning, with massive medical data sets to create amazing and revolutionary services that will transform healthcare. <br><br> https://www.deepradiology.com/#solutions-1-section <br><br> The Infringing product utilizes deep learning i.e more than one set of data entity to the user for the feedback and training the algorithm. |

**Exhibit F**



In addition to deep domain expertise in radiology, DeepRadiology employs the state of the art in artificial intelligence, particularly deep learning, with massive medical data sets to create amazing and revolutionary services that will transform healthcare.

https://www.deepradiology.com/#solutions-1-section

The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional image of similar type/requirement.